# TRANSCRIPT ORDER

AO 435 (Rev. 04/18) — Administrative Office of the United States Courts

**FOR COURT USE ONLY** — DUE DATE:

1. **NAME**: Lisa Ruben Rubin
2. **PHONE NUMBER**: 917-608-2038
3. **DATE**: 10/12/2021
4. **DELIVERY ADDRESS OR EMAIL**: lisa.rubin@nbcuni.com
5. **CITY**:
6. **STATE**:
7. **ZIP CODE**:
8. **CASE NUMBER**: 3:21-mj-138
9. **JUDGE**: Trumble
10. **DATES OF PROCEEDINGS FROM**: 10/12/2021
11. **TO**:
12. **CASE NAME**: US v. Toebbe, Jonathan / US v. Toebbe, Diana
13. **CITY**: Martinsburg
14. **STATE**: WV

15. **ORDER FOR**: ☒ CRIMINAL ☐ APPEAL ☐ NON-APPEAL ☐ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☐ OTHER

16. **TRANSCRIPT REQUESTED**:

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Initial Hearing | 10-12-2021 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. **ORDER**:

| CATEGORY | ORIGINAL | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | | | |
| 14-Day | ☐ | ☐ | | | |
| EXPEDITED | ☐ | ☐ | | | |
| 3-Day | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☒ | ☐ | | 14 | 101.50 |
| REALTIME | ☐ | ☐ | | | |

**ESTIMATE TOTAL**: 101.50

**CERTIFICATION (18. & 19.)**: By signing below, I certify that I will pay all charges.

18. **SIGNATURE**: /s/
19. **DATE**: 10/12/2021

**PROCESSED BY**:
**PHONE NUMBER**:

**TRANSCRIPT TO BE PREPARED BY**: Kate Slayden

**COURT ADDRESS**: 217 W. King Street, Rm. 214, Martinsburg, WV 25401

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | | |
| TRANSCRIPT ORDERED | 10/12/2021 | LR | TOTAL CHARGES | 38.25 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 35.25 |
| ORDERING PARTY NOTIFIED | | | | |
| PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 10-12-21 | KS | TOTAL DUE | 101.50 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY